

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00872-CR

The **STATE** of Texas,
Appellant

v.

Wilter Olivia **GOMEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 12051CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we WITHDRAW our August 27, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Wilter Olivia Gomez's request for habeas relief; RENDER judgment denying Gomez's habeas application; and REINSTATE the information charging Gomez with the misdemeanor offense of criminal trespass.

SIGNED October 10, 2025.

_____
Adrian A. Spears, II, Justice